## STATE v. BILLINGSLEY *et al.*

No. 1432.   Opinion Filed January 16, 1912.

(120 Pac. 966.)

**APPEAL AND ERROR—Dismissal—Failure to File Briefs.**   Where plaintiff in error files no brief, as required by rule 7 of this court (20 Okla viii, 95 Pac. vi), the petition in error will be dismissed for want of prosecution.

(Syllabus by Brewer, C.)

*Error from Caddo County Court; B. F. Holding, Judge.*

Action by the State of Oklahoma against Logan Billingsley and Boone D. Hite.   Judgment for defendants, and the State brings error.   Dismissed.

*Theodore Pruett,* for the State.

*Bristow & McFadyen,* for defendants in error.

Opinion by BREWER, C.   The petition in error and transcript of the record in this case was filed in this court February 21, 1910.   The plaintiff in error has failed to file any brief in the cause, as required by rule 7 of this court (20 Okla. viii, 95 Pac. vi).

The petition in error should therefore be dismissed for want of prosecution.   *Hass et al. v. McCampbell,* 27 Okla. 290, 111 Pac. 543; *Maddin v. McCormick et al.,* 27 Okla. 778, 117 Pac. 200; *McClelland v. Witherall, infra,* 119 Pac. 205.

By the Court:   It is so ordered.

All the Justices concur.